JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ROSA PIZZORNO,<br><br>Plaintiff,<br><br>v.<br><br>JACK A. DRAPER, II, et al.,<br><br>Defendants. | CASE NO. 2:17-cv-00182-AB-JC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Assigned to Hon. Andre Birotte, Jr, Dept. 7B<br><br>Action Filed: January 9, 2017 |

The Court has reviewed the parties' Joint Stipulation for Dismissal with Prejudice. Good cause appearing therefore, the Court orders as follows:

The stipulation is approved. The entire action and related arbitration, including all claims and counterclaims stated herein against all parties, are hereby dismissed with prejudice. The District Court reserves jurisdiction to enforce any arbitral award from any proceedings instituted to enforce the terms of the settlement.

DATED: July 27, 2018

_____
ANDRÉ BIROTTE JR,
United States District Court Judge